IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No.: 2:22-cv-157

STEVE'S TOWING, INC.,

    Defendant.

## MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Putative Intervenor, by counsel, respectfully moves this Court for the entry of an Order permitting him to proceed under the pseudonym JOHN DOE for the reasons stated in the Memorandum being filed herewith.

WHEREFORE, Putative Intervenor, by counsel, respectfully requests that this Court enter an ORDER permitting him to proceed in this litigation under the pseudonym JOHN DOE

Dated: August 3, 2022

Respectfully submitted,

**JOHN DOE**

By_____
Jeffrey A. Breit, Esq. (VSB No. 18876)
BREIT BINIAZAN, PC
Towne Pavilion Center II
600 22nd Street, Ste. 402
Virginia Beach, VA 23451
(757) 622-6000 (Telephone)
(757) 670-3939 (Facsimile)
Jeffrey@bbtrial.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2022, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing ("NEF") to all counsel of record.

                                                              Jeffrey A. Breit, Esq. (VSB No. 18876)
BREIT BINIAZAN, PC
Towne Pavilion Center II
600 22nd Street, Ste. 402
Virginia Beach, VA 23451
(757) 622-6000 (Telephone)
(757) 670-3939 (Facsimile)
Jeffrey@bbtrial.com
*Counsel for Plaintiff*