**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**JOHN DOE,**

       **Plaintiff-Intervenor,**       **Case No. 2:22-cv-157**

   **v.**

**STEVE'S TOWING, INC.,**

       **Defendant.**

**NOTICE OF SETTLEMENT**

The United States hereby advises the Court that the parties have reached an agreement in principle to settle this action brought pursuant to the Servicemembers Civil Relief Act ("SCRA"), 50 U.S.C. § 3901 *et seq*. The following additional information is provided for the Court's benefit:

1.     The agreement in principle to settle this action is via a proposed Consent Order that contains, *inter alia*, provisions regarding injunctive relief, compliance with the SCRA on an ongoing basis, and monetary payments.

2.     Once the parties have finalized the language in the proposed Consent Order, the parties will submit an agreed-upon proposed Consent Order to the Court, along with an accompanying brief in support of entry of the Consent Order.

3.     The parties have conferred and respectfully request that the trial in this matter set to begin September 6, 2023, be removed from this Court's trial docket, pending submission of the

na

proposed Consent Order, and that the Court stay the deadlines set forth in its prior Scheduling

Orders (ECF Nos. 13 & 19).

Respectfully submitted,

UNITED STATES OF AMERICA

JESSICA D. ABER
United States Attorney

By:        /s/
Deirdre G. Brou, Assistant U.S. Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3770
Fax: (703) 299-3983
Email: deirdre.g.brou@usdoj.gov

Sean D. Jansen, Assistant U.S. Attorney
Virginia State Bar No. 82252
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510-1671
Phone: (757) 441-6331
Fax: (757) 441-6689
Email: sean.jansen@usdoj.gov

ATTORNEYS FOR UNITED STATES OF
AMERICA