UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>and<br><br>JOHN DOE,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>STEVE'S TOWING, INC,<br><br>    Defendant. | Civil No. 2:22cv157 |

**ORDER**

This matter comes before the Court on its own motion. Based on the Consent Order (ECF No. 27) entered on April 17, 2023, it is **ORDERED** that the above-captioned civil action shall be **STRICKEN** from the Court's active docket until further order of this Court. The Clerk is therefore **DIRECTED** to administratively close this case pending the duration of the Consent Order. The parties are instructed to file a status report on April 17, 2028, after which time, this case shall be dismissed with prejudice.

The Clerk is **REQUESTED** to please forward a copy of this Order to all counsel of record.

2

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

September 30, 2025
Norfolk, Virginia

2